JPML FORM 1A 

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 88/01/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-2) AND CERT. OF SERVICE -- Defts. Continental Airlines, Inc. and Texas Air, Inc. -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF COLORADO, SUGGESTED TRANSFEREE JUDGE: ? (paa) |
| 88/01/12 | 2 | MOTION, BRIEF AND SCHEDULE OF ACTIONS (A-3 - A-5) AND CERT. OF SERVICE -- Pltfs. Hugh Ford and Julia Ford -- SUGGESTED TRANSFEREE COURT: DISTRICT OF COLORADO, SUGGESTED TRANSFEREE JUDGE ? (paa) |
| 88/01/22 | | APPEARANCES: RICHARD F. SCHADEN, ESQ. for Hugh Ford, et al.; ROBERT HARRIS, ESQ. for Continental Airlines, Inc. and Texas Air Corp.; and DONALD W. MADOLE, ESQ. for Jeffrey McAlpine, Daniel F. Nelson, etc. and Sharon L. McAlpine, etc. (cds) |
| 88/01/28 | | APPEARANCE: DONALD W. LOJEK, ESQ. for: Kreg Thomsen & Toni Thomsen. (paa) |
| 88/01/29 | 3 | RESPONSE/MEMORANDUM (to pldg. #2) -- pltfs. Jeffrey McAlpine, Daniel F. Nelson, etc. and Sharon L. McAlpine, etc. -- w/cert. of service (cds) |
| 88/02/01 | 4 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSES -- Extension to McDonnell Douglas to and including February 19, 1988 -- Notified involved counsel. (tmq) |
| 88/02/01 | | APPEARANCE: JOHN J. HENNELLY, ESQ. for McDonnell Douglas Corporation. (tmq) |
| 88/02/10 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/19 | 5 | RESPONSE (to pldg. #1 and #2) -- deft. McDonnell Douglas Corp. -- w/Schedule of Related Cases and cert. of service (cds) |
| 88/02/24 | 6 | AMENDMENT TO MOTION (RE PLEADING NO. 1) -- Continental Air, Inc. and Texas Air, Inc. -- to include actions A-3 through B-15 w/cert. of svc. (rew) |
| 88/02/26 | | AMENDMENT TO HEARING ORDER -- to add amended motion of Continental Airlines, Inc. and Texas Air, Inc. to include actions B-6 through B-15 for hearing on March 25, 1988 in San Francisco, CA. Notified involved counsel, clerks and judges. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

| Date | No. | Pleading Description |
|---|---|---|
| 88/03/03 | 7 | MOTION, BRIEF, SCHEDULE (A-1 - C-20), EXHIBITS -- pltfs. Wayne Davis, David Daniel, Angela Tlucek, Jerry Tlucek, Mary Lou Tlucek, Christopher Davis, Jerry Davis and Linda Davis -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF IDAHO (cds) |
| 88/03/07 | | APPEARANCE: JOHN J. BREIT, ESQ. FOR Wayne Davis, David Daniel, Christopher Davis, et al.; and Angela Tlucek, et al. (cds) |
| 88/03/09 | 8 | MOTION, BRIEF (RESPONSE TO OTHER MOTIONS), SCHEDULE (A-1 - D-21), CERT. OF SERVICE -- pltfs. Ivan Rood, et al. and Shirley Jean Weltz, et al. -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF IDAHO (cds) |
| 88/03/09 | | APEARANCE: CARL BURKE, ESQ. for Shirley Jean Weltz (cds) |
| 88/03/10 | | APPEARANCE: BRUCE N. COOK, ESQ. for Ruth Ysura, et al. and John Marria, et al. (cds) |
| 88/03/10 | 9 | RESPONSE/MEMORANDUM (to Motions) -- pltfs. Ruth Ysura, et al. and John Marria, et al. -- w/cert. of service (cds) |
| 88/03/10 | 10 | RESPONSE (to pldg. #7) -- pltfs. Jeffrey McAlpine, Daniel F. Nelson, etc., Sharon L. McAlpine, etc., Darrell Richter, et al. and Don Russell Knapp, et al. -- w/cert. of service (cds) |
| 88/03/15 | 11 | REPLY (to pldg. #9) -- defts. Continental Airlines, Inc. -- w/cert. of service (cds) |
| 88/03/15 | 12 | RESPONSE (to pldg. #7) -- pltfs. Kreg O. Thomson, et al. and Deborah Paschkov, et al. -- w/cert. of service (cds) |
| 88/03/16 | | APPEARANCE: DONALD W. LOJEK, ESQ. for Kreg O. Thomson, et al. (cds) |
| 88/03/16 | 13 | SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO ROOD MOTION -- (to pldgs. 7, 8 and 9) -- Filed by pltfs. McAlpine, Nelson, McAlpine, Richter and Knapp -- w/Cert. of svc. (paa) |
| 88/03/17 | 14 | RESPONSE -- (to pldgs. 7 and 8) Filed by Defts. Continental Airlines, Inc. and Texas Air Corporation -- w/cert. of svc. (rh) |
| 88/03/23 | 15 | NOTICE OF RELATED ACTIONS -- pltfs. Wayne Davis, David Daniel, Angela Tlucek, et al., and Christopher Davis, et al. -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/03/25 | | HEARING APPEARANCES: (For Hearing on 3/25/88 in San Francisco, California) -- CHARLES E. OSTHIMER, ESQ. for Continental Airlines, Inc. & Texas Air Corporation; DONALD W. MADOLE, ESQ. for Jeffrey Blaine McAlpine, Daniel F. Nelson, etc., Sharon L. McAlpine, etc., Darrell Richter, et al., Don Russell Knapp, etc.; RICHARD F. SCHADEN, ESQ. for Hugh Ford, et al., JOHN J. HENNELLY, ESQ. for McDonnell Douglas Corporation, JOHN L. BREIT, ESQ. for Wayne Davis, David Daniel, Angela Tlucek, et al., and Christopher Davis, et al., CARL BURKE, ESQ. for Iven Rood, et al., Kathleen A. Cooper, et al., Mary K. Cook, Kay Gosse, et al., Karen Svea Johnson, Robert Cooke, Jr., Shirley Jean Weltz, et al., and BRUCE N. COOK, ESQ. for Ruth Ysursa, et al., John Marria, et al. (paa) |
| 88/03/25 | | WAIVER OF ORAL ARGUMENT: (For Hearing on 3/25/88 in San Francisco, California) -- Libby Smoot (paa) |
| 88/04/14 | | CONSENT OF TRANSFEREE COURT for litigation to be assigned to The District of Colorado to Judge Finesilver. (ds) |
| 88/04/14 | | TRANSFER ORDER -- transferring A-2, B-6, B-9, B-10, B-11, B-12. B-13, B-14, B-16, B-17, C-18, D-21 (12 actions from D. Idaho) to District of Colorado for assignment to Judge Finesilver. Notified involved judges, clerk, counsel, publishers and misc. recipients. (ds) |
| 88/04/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-19 Marria, et al. v. Continental Airlines, Inc., et al., D. Idaho, Civ 88-1078; C-20 Marria, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1079; D-27 Lovelady, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1091; D-28 Paschkov, et al. v. Continental Airlines, Inc., et al., D. Idaho, Civ-88-1097; D-29 Halford, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1100; D-30 Hoagland, et al. v. Continental Airlines Corp., et al., D. Idaho, Civ-88-1106; D-31 Linck, et al. v. Continental Airlines, Corp., D.N.J., 88-0498 -- Notified involved judges and counsel (ds) |
| 88/05/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-19 Marria, et al. v. Continental Airlines, Inc., et al., D. Idaho, Civ 88-1078; C-20 Marria, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1079; D-27 Lovelady, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1091; D-28 Paschkov, et al. v. Continental Airlines, Inc., et al., D. Idaho, Civ-88-1097; D-29 Halford, et al. v. Continental Airlines, et al., D. Idaho, Civ-88-1100; D-30 Hoagland, et al. v. Continental Airlines Corp., et al., D. Idaho, Civ-88-1106; D-31 Linck, et al. v. Continental Airlines, Corp., D.N.J., 88-0498 -- Notified involved judges and clerks (cds) |

751   IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

| | |
|---|---|
| 88/05/10 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-32 Ann C. Stewart, etc. v. Donald Douglas Stewart, et al., D. Idaho, C.A. No. CIV-88-1119 -- Notified involved judges and counsel (ds) |
| 88/05/24 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-33 Keith L. Smith, et al. v. Bryon Owens, et al., D. Idaho, C.A. No. CIV-88-1141; D-34 Michael Spicer v. Continental Airlines, Inc., et al., D. Idaho, C.A. No. CIV-88-1147 -- Notified involved counsel and judges. (ds) |
| 88/05/26 | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- D-32 Ann C. Stewart, etc. v. Donald Douglas Stewart, et al., D. Idaho, C.A. No. CIV-88-1119 -- Notified involved judges and clerks (cds) |
| 88/06/09 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-33 Keith L. Smith, et al. v. Bryon Owens, et al., D. Idaho, C.A. No. CIV-88-1141 and D-34 Michael Spicer v. Continental Airlines, Inc., et al., D. Idaho, C.A. No. CIV-88-1147 -- Notified involved clerks and judges. (ds) |
| 88/06/17 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-35 Linda Butterfield v. Continental Airlines, Inc., D. Idaho, C.A. No. CIV-88-1173 -- Notified involved counsel and judges (rh) |
| 88/07/06 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-35 Linda Butterfield v. Continental Airlines, Inc., D. Idaho, C.A. No. CIV-88-1173 -- Notified involved judges and clerks (rh) |
| 88/10/11 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-36 Craig M. Marria v. Continental Airlines, Inc., et al., D. Idaho, C.A. No. CIV-88-1274 -- Notified involved counsel and judges. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- _____

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 88/10/25 | 16 | LETTER -- from counsel for pltf. Craig M. Marria notifying us that D-36 Craig M. Marria v. Continental Airlines, Inc., et al. has been dismissed w/copy of dismissal dtd. 9/4/88 and signed by Judge Callister. (ds) |
| 88/10/25 | | ORDER VACATING CTO -- D-36 Craig M. Marria v. Continental Airlines, Inc., et al., D. Idaho, C.A. No. CIV-88-1274 -- Notified involved judges, clerk and counsel (ds) |
| 88/12/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-37 Richard Case, et al. v. Continental Airlines Corporation, et al., D. Idaho, C.A. NO. CIV-88-1396 -- Notified involved counsel and judges (rh) |
| 88/12/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-38 Kenneth F. Watson, et al. v. Continental Airlines Corp., et al., D. Idaho, #CIV-88-1405 and D-39 Stephen Hepp v. Continental Airlines Corp., et al., D. Idaho, #CIV-88-1406 -- Notified involved judges and counsel (cds) |
| 89/01/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-37 Richard Case, et al. v. Continental Airlines, Inc., et al., D. Idaho, C.A. No. CIV-88-1396 -- Notified involved clerks and judges. (ds) |
| 89/01/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-38 Kenneth F. Watson, et al. v. Continental Airlines Corporation, et al., D. Idaho, C.A. No. CIV-88-1405; D-39 Stephen Hepp v. Continental Airlines Corporation, et al., D. Idaho, C.A. No. CIV-88-1406 -- Notified involved clerks and judges. (ds) |
| 89/01/30 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-44 thru D-49 listed below. Notified involved counsel and judges. (ds) |
| | | D-44 Michelle A. Davis v. Continental Airlines, et al., D. Idaho, C.A. No. CIV88-1422 |
| | | D-45 Tom T. Allegrezza, et al. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1006 |
| | | D-46 LeRoyce Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1007 |
| | | D-47 Jason Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1008 |
| | | D-48 Gregory S. Wadsworth v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1009 |
| | | D-49 Antone R. Noe, et al. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1042 |

751

| | | |
|---|---|---|
| 89/02/10 | 17 | NOTICE OF OPPOSITION TO 3 CONDITIONAL TRANSFER ORDERS -- filed by Plaintiffs in D-44 Michelle A. Davis v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1422; D-48 Gregory S. Wadsworth v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1009; and D-49 Antone R. Noe, et al. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1042 -- Notified invovled judges and clerks (cds) |
| 89/02/13 | 18 | NOTICE OF OPPOSITION TO CONDITIONA TRANSFER ORDER -- filed by plaintiff in D-46 LeRoyce Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. 89-1007 -- Notified invovled counsel and judges. (ds) |
| 89/02/13 | 19 | NOTICE OF OPPOSITION TO CONDITIONA TRANSFER ORDER -- filed by plaintiff in D-47 Jason Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. 89-1008 -- Notified invovled counsel and judges. (ds) |
| 89/02/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-45 Tom T. Allegrezza, et al. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1006 -- Notified involved judges and clerks (rh) |
| 89/02/17 | 20 | MOTIONS TO REMAND, MEMORANDUM SUPPORTING BOTH MOTIONS, AFFIDAVITS AND CERT. OF SVC. -- D-38 Kenneth F. Watson, et al. v. Continental Airlines Corp., et al., D. Colorado, C.A. No. 89-F-136 (D. Idaho, C.A. No. CIV-88-1405); D-39 Stephen Hepp v. Continental Airlines Corp., et al., D. Colorado, C.A. No. 89-F-135 (D. Idaho, C.A. No. CIV-88-1406) -- filed by plaintiffs Watson, et al. and Hepp. (ds) |
| 89/02/27 | 21 | MOTION TO VACATE CONDIITONAL TRANSFER ORDERS -- filed by Plaintiffs in D-44 Michelle A. Davis v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1422; D-48 Gregory S. Wadsworth v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1009; and D-49 Antone R. Noe, et al. v. Continental Airlines, et al., D. Idaho, C.A. No. CIV89-1042 -- w/cert. of service (cds) |
| ~~89/02/28~~ | ~~22~~ | ~~MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF and EXHIBITS A - C -- filed by plaintiff in D-47 Jason Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. 89-1008 -- w/cert. of service (cds)~~ |
| 89/02/28 | 22 | MOTION TO VACATE CONDITIONAL TRANSFER ORDERS, W/BRIEF and EXHIBITS A - C -- filed by plaintiff in D-47 Jason Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. 89-1008 and plaintiff in D-46 LeRoyce Kemper, etc. v. Continental Airlines, et al., D. Idaho, C.A. No. 89-1007 -- w/cert. of service (cds) |

751     In re Air Crash Disaster at Stapleton International Airport, Denver,

Colorado, on November 15, 1987

| | | |
|---|---|---|
| 89/03/02 | 23 | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -- (re: D-45 Tom T. Allegrezza, et al. v. Continental Airlines Corp., et al., D. Idaho, C.A. No. 89-1006) -- filed 2/3/89 and signed by Judge Marion J. Callister. (ds) |
| 89/03/02 | | ORDER VACATING CTO -- D-45 Tom T. Allegrezza, et al. v. Continental Airlines Corp., et al., D. Idaho, C.A. No. 89-1006 -- Notified involved counsel, clerk and judges. (ds) |
| 89/03/08 | 24 | RESPONSE/BRIEF (to pldg. #20) -- defts. Continental Airlines, Inc. and Texas Air Corp. w/cert. of svc. (ds) |
| 89/03/20 | 25 | RESPONSE (to pldgs. # 21 and 22) -- defts. Continental Airlines, Inc. and Texas Air Corp. -- w/Schedule (Exhibit A) and Exhibits B - E, and cert. of service (cds) |
| 89/03/31 | 26 | REPLY (to pldg. #25) -- pltfs. in **D-44 Davis, D-48 Wadsworth** and **D-49 Noe** -- w/cert. of service (cds) |
| 89/04/07 | | HEARING ORDER -- Setting motions to remand of D-38 and D-39 and Setting oppositions to transfer of D-44, D-46, D-47, D-48 and D-49 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/05/18 | | HEARING APPEARANCES -- (Hearing on 5/18/89 in Wash., D.C.) -- MARC S. MOLLER, ESQ. for Watson, Hepp, Davis, et al. and RICHARD M. SHARP, ESQ. for Continental Airlines, Inc. and Texas Air Corporation -- (rh) |
| 89/05/18 | | WAIVER OF ORAL ARGUMENT: (Hearing on 5/18/89 in Wash., D.C.) -- Douglas Corporation (rh) |
| 89/05/26 | | ORDER DENYING REMAND (**combined order with Transfer Order**) -- D-38 and D-39 listed below -- Notified involved clerks, judges and counsel (ds) |
| 89/05/26 | | TRANSFER ORDER (**combined order with Order Denying Remand**) -- transferring D-44, D-46 thur D-49 listed below to the District of Colorado for pretrial proceedings -- Notified involved clerks, judges and counsel (ds) |

D-38 — Kenneth F. Watson, et al. v. Continental Airlines Corporation, et
    al., D. Colo., C.A. No. 89-F-136 (D. Idaho, C.A. No.
    CIV-88-1405)
D-39 — Stephen Hepp v. Continental Airlines Corporation, et al.,
    D. Colo., C.A. No. 89-F-135 (D. Idaho, C.A. No. CIV-88-1406)

D-44 — Michelle A. Davis v. Continental Airlines Corporation, et al.,
    D. Idaho, C.A. No. CIV88-1422
D-46 — LeRoyce Kemper, etc. v. Continental Airlines Corporation, et al.,
    D. Idaho, C.A. No. CIV89-1007
D-47 — Jason Kemper, etc. v. Continental Airlines Corporation, et al.,
    D. Idaho, C.A. No. CIV89-1008
D-48 — Gregory S. Wadsworth v. Continental Airlines Corporation, et al.,
    D. Idaho, C.A. No. CIV89-1009
D-49 — Antone R. Noe, et al. v. Continental Airlines Corporation, et al.,
    D. Idaho, C.A. No. CIV89-1042

JPML FORM 1A

8.8

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/11/03 | 27 | SUGGESTION FOR REMAND -- (in 10 actions) B-6, B-10, B-11, B-12, B-13, D-21, D-30, D-32, D-33 and D-34 -- Signed by Judge Sherman G. Finsilver, in D. Colorado (rh) |
| 89/11/03 | | CONDITIONAL REMAND ORDERS FILED TODAY -- (in 10 actions) B-6 Libby Smoot v. Continental Airlines, D. Colorado, C.A. No. 88-F-661 (D. Idaho, C.A. No. CIV-88-1040); B-10 Wayne Davis v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-670 (D. Idaho, C.A. No. CIV-88-1019); B-11 David Daniel v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-671 (D. Idaho, C.A. No. CIV-88-1020); B-12 Christopher Davis, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-667 (D. Idaho, C.A. No. CIV-88-1021); B-13 Angela Tlucek, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-668 (D. Idaho, C.A. No. CIV-88-1022); D-21 Shirley Jean Weltz, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-665 (D. Idaho, C.A. No. CIV-88-1090); D-30 Jeffrey Hoagland, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-832 (D. Idaho, C.A. No. CIV-88-1106); D-32 Ann C. Stewart, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-898 (D. Idaho, C.A. No. CIV-88-1119); D-33 Keith L. Smith, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-990 (D. Idaho, C.A. No. CIV-88-1141) and D-34 Michael Spicer, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-991 (D. Idaho, C.A. No. CIV-88-1147) -- Notified involved counsel and judges (rh) |
| 89/11/21 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- (in 10 actions) B-6 Libby Smoot v. Continental Airlines, D. Colorado, C.A. No. 88-F-661 (D. Idaho, C.A. No. CIV-88-1040); B-10 Wayne Davis v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-670 (D. Idaho, C.A. No. CIV-88-1019); B-11 David Daniel v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-671 (D. Idaho, C.A. No. CIV-88-1020); B-12 Christopher Davis, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-667 (D. Idaho, C.A. No. CIV-88-1021); B-13 Angela Tlucek, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-668 (D. Idaho, C.A. No. CIV-88-1022); D-21 Shirley Jean Weltz, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-665 (D. Idaho, C.A. No. CIV-88-1090); D-30 Jeffrey Hoagland, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-832 (D. Idaho, C.A. No. CIV-88-1106); D-32 Ann C. Stewart, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-898 (D. Idaho, C.A. No. CIV-88-1119); D-33 Keith L. Smith, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-990 (D. Idaho, C.A. No. CIV-88-1141) and D-34 Michael Spicer, et al. v. Continental Airlines, Inc., et al., D. Colorado, C.A. No. 88-F-991 (D. Idaho, C.A. No. CIV-88-1147) -- Notified involved judge and clerks (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 751 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DIDASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 25, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 14, 1988 | TO | 683 F.Supp. 266 #1082 | District of Colorado | Sherman G. Finesilver | |

Special Transferee Information

DATE CLOSED: 9/24/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 751 -- In re Air Crash Disaster at Stapleton International Airport, Denver, Colorado on November 15, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hugh Ford, et al. v. Continental Airlines Corporation, et al. | D. Colo. Finesilver | 87-F-1922 | — | — | 9/1/88 D | |
| A-2 | Kreg O. Thomsen, et al. v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ. 87-1341 | 4/14/88 | 88-F-662 | 7/1/88 D | |
| A-3 | Jeffrey McAlpine v. Continental Airlines Corporation, et al. | D. Colo. Finesilver | 88-F-35 | — | — | 5/27/88 D | |
| A-4 | Daniel F. Nelson, etc. v. Continental Airlines Corporation, et al. | D. Colo. Finesilver | 88-F-36 | — | — | 5/27/88 D | |
| A-5 | Sharon L. McAlpine, etc. v. Continental Airlines Corporation, et al. | D. Colo. Finesilver | 88-F-37 | — | — | 5/27/88 D | |
| B-6 | Libby Smoot v. Continental Airlines | D. Idaho Callister | Civ 88-1040 | 4/14/88 | 88-F-661 | 11/21/89 R | oldg #6 |
| B-7 | Darrell Richter, et al. v. Continental Airlines ~~Corp~~. Inc., et al. | D. Colo. Finesilver | 88-F-71 | — | — | 5/27/88 D | |
| B-8 | Don Russell Knapp, et al. v. Continental Airlines ~~Corp~~. Inc., et al. | D. Colo. Finesilver | 88-F-72 | — | — | 8-30-88 D | |
| B-9 | Ivan Rood, et al. v. Continental Airlines | D. Idaho Callister | Civ 88-1015 | 4/14/88 | 88-F-672 | 7/1/88 D | |
| B-10 | Wayne Davis v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ. 88-1019 | 4/14/88 | 88-F-620 | 11/21/89 R | |

DOCKET NO. 751 -- In re Air Crash Disaster at Stapleton International Airport, Denver, Colorado, on November 15, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | David Daniel v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ 88-1020 | 4/14/88 | 88-F-671 | 11/21/89 R | |
| B-12 | Christopher Davis, et al. v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ 88-1021 | 4/14/88 | 88-F-667 | 11/21/89 R | |
| B-13 | Angela Tlucek, et al. v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ 88-1022 | 4/14/88 | 88-F-668 | 11/21/89 R | |
| B-14 | Ruth Ysursa, et al. v. Continental Airlines, Inc., et al. | D. Idaho Callister | Civ 88-1034 | 4/14/88 | 88F1034 | 9/1/88 D | |
| B-15 | Arthur Guerra v. Continental Airlines, Inc., et al. | D. Colo. Finesilver | 88-F-136 | — | — | 5/10/88 D | |
| C-16 | Kathleen A. Cooper, et al. v. Continental Airlines Corp., et al. | D. Idaho Callister | 88-1073 | 4/14/88 | 88-F-663 | 9/13/89 D | pldg #7 |
| C-17 | Mary K. Cook, et al. v. Continental Airlines Corp., et al. | D. Idaho Callister | 88-1074 | 4/14/88 | 88-F-666 | 5/4/88 D | |
| C-18 | Karen Svea Johnson, et al. v. Continental Airlines Corp., et al. | D. Idaho Callister | 88-1075 | 4/14/88 | 88-F-664 | dismissed on appeal | |
| C-19 | John Marria, et al. v. Continental Airlines, Inc., et al. 4/21/88 | D. Idaho Callister | 88-1078 | 5/9/88 | 88-828 | 8/30/88 | |
| C-20 | John Marria, et al. v. Continental Airlines, Inc., et al. 4/21/88 | D. Idaho Callister | 88-1079 | 5/9/88 | 88-829 | 8/30/88 | |
| D-21 | Shirley Jean Weltz, et al. v. Continental Airlines Corp., et al. | D. Idaho Callister | 88-1090 | 4/14/88 | 88-F-665 | 11/21/89 R | pldg. #8 A-1 thru D-21 |

DOCKET NO. 751 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-22 | Brenda A. Selleh, et al. v. Continental Airlines Corp., et al. | D. Colo. | 88-F-0346 | | | 9/18/89 D | |
| XYZ-23 | Diana Mae McElheney, et al. v. Continental Airlines Corp., et al. | D. Colo. | 88-F-0348 | | | 9/9/88 D | |
| XYZ-24 | Edith L. Schworer v. Continental Airlines Corp., et al. | D. Colo. | 88-F-0373 | | | 5/27/88 | |
| XYZ-25 | Thomas Denker v. Continental Airlines Corp., et al. | D. Colo. | 88-F-0374 | | | 5/27/88 D | |
| XYZ-26 | Barbara Louise Hooper v. Continental Airlines Corp., et al. | D. Colo. | 88-F-375 | | | 5/27/88 D | |
| D-27 | Larry Lovelady, et al. v. Continental Airlines Corp., et al. | D. Idaho Callister | Civ 88-1091 | 5/9/88 | 88-F-827 | 7/1/88 | |
| D-28 | Deborah Paschkov v. Continental Airlines Corp., et al.  4/21/88  4/21/88 | D. Idaho Callister | Civ 99-1097 | 5/9/88 | 88-F-830 | 3/29/89 D | |
| D-29 | Patti L. Halford, et al. v. Continental Airlines Corp., et al.  4/21/88 | D. Idaho Callister | Civ 88-1100 | 5/9/88 | 88-F-831 | 6/12/89 D | |
| D-30 | Jeffrey Hoagland, et al. v. Continental Airlines Corp., et al.  4/21/88 | D. Idaho Callister | Civ 88-1106 | 5/9/88 | 88-F-832 | 11/21/89 R | |
| D-31 | Robert O. Linck, et al. v. Continental Airlines Corp., et al.  4/21/88 | D.N.J. Lechner | 88-0498 | 5/9/88 | 88-F-787 | 6/12/89 D | ✓ |

JPML FORM 1 -- Continuation
Case MDL No. 751   Document 1   Filed 06/12/15   Page 13 of 17
D. COLORADO
Listing of Involved Actions -- p. 4
DOCKET NO. 751 --
Sherman G. Finesilver

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-32 | Ann C. Stewart, etc. et al. v. ~~Donald Douglas Stewart, et al.~~ 5/10/88 v. Continental Airlines, et al. | D. Idaho Callister | CIV-88-1119 | 5/26/88 | 88-F-898 | 11/21/89 | Stewarts realigned as plaintiffs |
| D-33 | Keith L. Smith, et al. v. Bryon Owens, et al. 5/24/88 | D. Idaho Callister | CIV-88-1141 | 6/9/88 | 88-F-990 | 11/21/89 R | |
| D-34 | Michael Spicer v. Continental Airlines, Inc., et al. 5/24/88 July 1988 — 22 TR/12 x x 2/34 Pending | D. Idaho Callister | CIV-88-1147 | 6/9/88 | 88-F-991 | 11/21/89 R | |
| D-35 | Linda Butterfield v. Continental Airlines, Inc. 6-17-88 | D. Idaho Callister | CIV-88-1173 | 7-6-88 | 88-F-1119 | 9/13/88 D | |
| D-36 | Craig M. Marria v. Continental Airlines, Inc., et al. 10/11/88 | D. Idaho Callister DO NOT | CIV-88-1274 | court | 9/4/88 D | | CTO Vacated 10/25/88 |
| D-37 | Richard Case, et al. v. Continental Airlines Corporation, et al. 12-5-88 | D. Idaho Callister | CIV-88-1396 | 1/3/89 | 89-F-137 | 11/5/89 D | |
| D-38 | Kenneth F. Watson, et al. v. Continental Airlines Corporation, et al. 12/23/88 | D. Idaho Callister | CIV-88-1405 | 1/9/89 | 89-F-136 | 10/27/89 D | Remand Denied 5/26/89 remand Denied 5/26/89 |
| D-39 | Stephen Hepp v. Continental Airlines Corporation, et al. 12/23/88 | D. Idaho Callister | CIV-88-1406 | 1/9/89 | 89-F-135 | 10/30/89 D | |
| XYZ-40 | Christopher C. Metts v. Continental Airlines Corp., et al. | D. Colo. | 88-F-1991 | | | 9/24/90 D | |
| XYZ-41 | Kelly Engelhart, et al. v. Continental Airlines Corp., et al. | D. Colo | 88-F-1992 | | | 9/24/90 D | |
| XYZ-42 | Paul Joe Vermeulen v. Continental Airlines, et al. | D. Colo. | 88-F-1993 | — — — — | | 9/18/89 D | |
| XYZ-43 | Mark Harkenrider, et al. v. Continental Airlines Corp., et al. | D. Colo. | 88-F-1994 | — — — — | | 9/18/89 D | |

DOCKET NO. 751 -- In re Air Crash Disaster at Stapleton International Airport, Denver, Colorado, on November 15, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-44 | Michelle A. Davis v. Continental Airlines, et al. 1/30/89 ~~opposed~~ 2/10/89 | Idaho Callister | CIV88-1422 | 5/26/89 | 89-F-973 | 12/4/89 D | |
| D-45 | Tom T. Allegrezza, et al. v. Continental Airlines, et al. 1/30/89 ~~Vacated 3/2/89~~ | Idaho Callister | CIV89-1006 | ~~2/5/89~~ DO NOT COUNT | | | Vacated 3-2-89 |
| D-46 | LeRoyce Kemper, etc. v. Continental Airlines, et al. 1/30/89 ~~opposed 2/13/89~~ | Idaho Callister | CIV89-1007 | 5/26/89 | 89-F-969 | 7-25-89 D | |
| D-47 | Jason Kemper, etc. v. Continental Airlines, et al. 1/30/89 ~~opposed 2/13/89~~ | Idaho Callister | CIV89-1008 | 5/26/89 | 89-F-970 | 7-25-89 D | |
| D-48 | Gregory S. Wadsworth v. Continental Airlines, et al. 1/30/89 ~~opposed 2/10/89~~ | Idaho Callister | CIV89-1009 | 5/26/89 | 89-F-971 | 12/4/89 D | |
| D-49 | Antone R. Noe, et al. v. Continental Airlines, et al. 1/30/89 ~~opposed~~ 2/10/89 | Idaho Callister | CIV89-1042 | 5/26/89 | 89-F-972 | 9/14/90 D | |
| XYZ-50 | Douglas Self, et al. v. Continental Airlines | D. Colo | 88-F-1358 | | | 9/13/89 D | |

July 1989 - 9 TR/5 XYZ/20 Dis/28 Pending
July 1990 - 10 Rem/14 Dis/4 Pdg
July 1991 - 4 de/...

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- In re Air Crash Disaster at Stapleton International Airport, Denver, Colorado, on November 15, 1987

---

| UPDATED MARCH 17, 1989 | |
|---|---|
| CONTINENTAL AIRLINES, INC.<br>TEXAS AIR CORPORATION<br>Robert W. Harris, Esq.<br>Hall & Evans<br>1200 17th Street, Suite 1700<br>Denver, CO  80202<br><br>McDONNELL DOUGLAS CORPORATION<br>John J. Hennelly, Jr., Esq.<br>Bryan, Cave, McPheeters & McRoberts<br>3100 Crocker Center<br>333 South Grand Avenue<br>Los Angeles, CA  90071 | LIBBY SMOOT (B-6)<br>E. Lee Schlender, Esquire<br>220 2nd Avenue South<br>P.O. Box 2910<br>Hailey, ID 83333<br><br>WAYNE DAVIS (B-10)<br>DAVID DANIEL (B-11)<br>CHRISTOPHER DAVIS, ET AL. (B-12)<br>ANGELA TLUCEK, ET AL. (B-13)<br>John L. Breit, Esquire<br>Breit, Best, Richman and Bosch, P.C.<br>1512 Larimer Street, Suite 900<br>Denver, CO  80202<br><br>KATHLEEN A. COOPER, ET AL. (C-16)<br>KAREN SVEA JOHNSON, ET AL. (C-18)<br>SHIRLEY JEAN WELTZ, ET AL. (D-21)<br>JEFFREY HOAGLAND, ET AL. (D-30)<br>ROBERT O. LINCK, ET AL. (D-31)<br>KENNETH F. WATSON, ET AL. (D-38)<br>STEPHEN HEPP (D-39)<br>Carl P. Burke, Esq.<br>Elam, Burke & Boyd<br>P.O. Box 1539<br>702 Idaho Tower, 10th Floor<br>Boise, ID  83701<br><br>DEBORAH PASCHKOV, ET AL. (D-28)<br>Donald W. Lojek, Esq.<br>Lojek & Hall, CTD<br>305 West Fort Street<br>P.O. Box 1712<br>Boise, ID  83701<br><br>PATTI L. HALFORD, ET AL. (D-29)<br>John C. Hepworth, Esq.<br>Hepworth, Nungester, Felton & Lezamiz<br>P.O. Box 389<br>Twin Falls, ID  83303 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 751 -- In re Air Crash Disaster at Stapleton International Airport, Denver, Colorado, on November 15, 1987

KEITH L. SMITH, ET AL. (D-33)
Robert J. Koontz, Esq.
Rex Blackburn, Esq.
David W. Gratton, Esq.
Evans, Keane, Koontz, Boyd & Simko
P.O. Box 959
Boise, ID 83701

OWENS BRYON (deft. D-33)
Unable to determine counsel or address

RICHARD CASE, ET AL. (D-37)
Allen H. Browning, Esq.
836 LaCassia Drive
Suite 13
Boise, ID 83705

MICHELLE A. DAVIS (D-44)
GREGORY S. WADSWORTH (D-48)
ANTONE R. NOE, ET AL. (D-49)
Richard E. Hall, Esq.
Donald J. Farley, Esq.
Hall, Farley, Oberrecht & Blanton
P.O. Box 16108
Boise, ID 83715

ANN C. STEWART, ET AL. (D-32)
Robert J. Koontz, Esq.
(Same As D-33)

MICHAEL SPICER (D-34)
Bernard J. Ysursa, Esq.
Bruce N. Cook, Esq.
Cook, Shevlin, Keefe & Ysursa
12 West Lincoln Street
Belleville, Illinois 62220

Ben Ysursa, Esq.
5355 Waterwheel
Boise, ID 83703

TOM T. ALLEGREZZA, ET AL. (D-45)
David Z. Nevin, Esq.
Seiniger Nevin & Kofoed
P.O. Box 2774
Boise, ID 83701

LEROYCE KEMPER, ETC. (D-46)
JASON KEMPER, ETC. (D-47)
David Whitney, Esq.
Alexanderson, Davis, Rainey,
  Whitney & Kerrick
P.O. Box 28
Caldwell, ID 83606-0028

Marc Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 751 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT, DENVER, COLORADO, ON NOVEMBER 15, 1987

| Name of Party | Named as Party in Following Actions |
|---|---|
| CONTINENTAL AIRLINES, Inc. ~~CORPORATION~~ | A-1, A-2, A-3, A-4, A-5, B-6, B7, B8, B9, B10, B-11, B12, B13, B14, C-19, C-20, C-27, C-28, C-29, C-30, C-31, D-32, D-33, D-34, D-35, D-36, D-37, D-38, D-39, D44-49 |
| TEXAS AIR CORPORATION | A-1, A-2, A-3, A-4, A-5, B7, B8, B10, B11, B12, B13, C-27, C-28, C-29, C-30, D-32, D-33, D-37, D-38, D-39, D44-49 |
| CONTINENTAL AIRLINES, INC. | A-2, |
| McDONNELL DOUGLAS CORP. | A-3, A-4, A-5, B7, B8, B14, C-19, C-20, D-32, D-33, D-34, D-36 |
| DONALD DOUGLAS STEWART | D-32 |
| LUEANN STEWART | D-32 |
| Bryon Ovens | D-33 |
| | |
| | |
| | |
| | |